IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION



| | |
|---|---|
| TINA L. SINCLAIR, | ) |
| | ) Civil Action No. 5:04CV00093 |
| Plaintiff, | ) |
| | ) |
| | ) **JUDGMENT AND ORDER** |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) By:   Honorable Glen E. Conrad |
| | )        United States District Judge |
| Defendant. | ) |

For reasons stated in a Memorandum Opinion filed this day, summary judgment is hereby entered for the defendant and it is so

ORDERED.

The Clerk is directed to send certified copies of this Judgment and Order to all counsel of record.

ENTER: This 16th day of May, 2005.

_____
United States District Judge